IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America,  ) | |
|     PLAINTIFF  ) | |
| ) | |
| v.  ) | **DOCKET** #07-mj-00107-LTS-1 |
| ) | |
| Luis Torres,  ) | |
|     DEFENDANT  ) | |

**NOTICE OF APPEARANCE**

PLEASE ENTER my appearance as Attorney on behalf of Defendant, in connection with the above captioned matter.

Dated: March 19, 2007                                       Respectfully Submitted,

 

_____
Jose A. Espinosa
Attorney for the Defendant
11 Green Street
Jamaica Plain, MA 02130
(617)522-4849
BBO# 156220